JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL O'BEIRNE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., is a business entity, form unknown; UNIVERSITY FEDERAL CREDIT UNION, a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. CV09-00738 MMM (PJWx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND UNIVERSITY FEDERAL CREDIT UNION** |

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED this matter be dismissed with prejudice in its entirety with regard to Defendants Experian Information Solutions, Inc. and University Federal Credit Union. Each party shall bear their own attorneys' fees and costs incurred herein.

Dated: September 18, 2009

*Margaret M. Morrow*
Hon. Margaret M. Morrow
United States District Judge